SANDERS LAW, PLLC
Craig B Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BWP MEDIA INC. d/b/a PACIFIC COAST NEWS,
Plaintiff,

vs.

NOUVEAU STUDIOS, INC.,
Defendant(s)

Docket No: 13-CV-4860-PJW

**DECLARATION OF CRAIG B. SANDERS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

I, CRAIG B. SANDERS, declare:

1. I am a member of the Bar of this Court and am a partner with the law firm of Sanders Law, P.L.L.C., attorneys for BWP Media USA, Inc. d/b/a Pacific Coast News ("Plaintiff"), in the above captioned action.

2. I have personal knowledge of the facts set forth in this Declaration, and would testify as to them in a court of law if required to do so.

3. I respectfully submit this Declaration in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, in support of Plaintiff's application for a certificate of default against the Defendant Nouveau Studios, Inc,,. (hereinafter the "Defaulting Defendant").

1

DECLARATION OF CRAIG B. SANDERS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

4. This is an action seeking damages against the Defaulting Defendant arising from the Defaulting Defendant's unauthorized use of the Plaintiff's photographs on its website www.celebrity23.com and the infringement of the Plaintiff's copyrights in accordance with 17 U.S.C. § 501 et seq.

5. Jurisdiction of the subject matter of this action is based upon 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331. The court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

6. This Court has personal jurisdiction over the Defaulting Defendant because it maintains its principal place of business in Los Angeles and purposely directs substantial activities at the residents of California by means of its website located at www.celebrity23.com.

7. The Complaint in this action was filed on July 5, 2013 (*See* Docket Entry No. 2). On September 11, 2013, Defendant, Nouveau Studios, Inc., waived service of the Summons & Complaint. Defendant agreed that an Answer would be due 60 days from August 9, 2013 making the Answer due on or about October 9, 2013. *See* Docket Entry No. 8.

8. On, September 12, 2013, the Waiver of Service was filed with this Court. (*See* Docket Entry No. 8). Consequently an Answer was due from the Defaulting Defendant on or before October 9, 2013. *See* Docket Entry No. 8.

9. However, to date, the Defaulting Defendant has not answered the Plaintiff's Complaint and the time for the Defaulting Defendant to answer the Plaintiff's Complaint has expired.

10. This action seeks judgment against the Defaulting Defendant for statutory damages, or, in the

2

DECLARATION OF CRAIG B. SANDERS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

alternative, actual damages and the Defaulting Defendant's wrongful profits, costs and attorneys' fees.

_____
Craig B. Sanders

Sworn to before me this __6__ day of __NOVEMBER__, 2013

_____
Notary Public

Arnold Pooran
Notary Public - State of New York
No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2014