SANDERS LAW, PLLC
Craig B Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102704

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA, INC. d/b/a PACIFIC COAST NEWS<br><br>Plaintiff,<br><br>vs.<br><br><br>NOUVEAU STUDIOS, INC.<br>Defendant(s) | Docket No: 13-CV-4860-PJW<br><br>**CLERKS CERTIFICATE** |

I, Terry Nafisi, Clerk of the United States District Court for the Central District of California, do hereby certify that this action commenced on July 5, 2013 with the filing of a Summons and Complaint. On September 11, 2013, Defendant, Nouveau Studios, Inc., waived service of the Summons & Complaint, Defendant agreed that an Answer would be due 60 days from August 9, 2013, making the Answer due on or about October 9, 2013. The Defendant, Noveau Studios, Inc., has not asked for an extension of time to respond.

I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: Santa Ana, California
      November_____, 2013

                                      TERRY NAFISI
                                      Clerk of Court
                                      By:_____
                                             Deputy Clerk