## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC. | CASE NUMBER |
| | |
| | CV 13-04860 CBM (PLAx) |
| PLAINTIFF(S) | |
| v. | |
| NOUVEAU STUDIOS, INC. | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Noveau Studios, Inc.

Clerk, U. S. District Court

11/21/2013

Date

By  G. Kami                    (213) 894-0747

Deputy Clerk